UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RIGOBERTO JOSE MORENO,

Plaintiff,

v.

PERKINS WILL, INC., et al.,

Defendants.

Case No. 19-cv-07443-EMC

**ORDER DISMISSING CASE**

On July 22, 2019, Plaintiff Rigoberto Jose Moreno, proceeding pro se, filed a lawsuit against a long list of defendants. *See* Docket No. 1 in Case No. 3:19-cv-04206-EMC. On September 20, 2019, the Court dismissed that case and judgment was entered. *See* Docket Nos. 20, 21 in Case No. 3:19-cv-04206-EMC. On November 12, 2019, Mr. Moreno filed the instant lawsuit. *See* Docket No. 1. On November 18, 2019, that case was related to Case No. 3:19-cv-04206-EMC, *see* Docket No. 8. Federal Rule of Civil Procedure 4(m) requires that a defendant be served within 90 days after a complaint is filed. *See* Fed. R. Civ. P. 4(m). Mr. Moreno has failed to serve the defendants in this case; his complaint was filed on November 11, 2019, and the 90-day deadline for service on defendants ran on February 10, 2020, more than one week ago. As a result, the Court **DISMISSES** Case No. 3:19-cv-07443-EMC.

**IT IS SO ORDERED**.

Dated: February 20, 2020

_____
EDWARD M. CHEN
United States District Judge