UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIGOBERTO JOSE MORENO,<br><br>Plaintiff,<br><br>v.<br><br>PERKINS WILL, INC., et al.,<br><br>Defendants. | Case No. 19-cv-07443-EMC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE AND DENYING PLAINTIFF'S MOTIONS TO COMPEL** |
| JOSE RIGOBERTO MORENO,<br><br>Plaintiff,<br><br>v.<br><br>ERIC AUKEE, et al.,<br><br>Defendants. | Case No. 19-cv-04206-EMC |

On July 22, 2019, Plaintiff Rigoberto Jose Moreno, proceeding pro se, filed a lawsuit against a long list of defendants. *See* Docket No. 1 in Case No. 3:19-cv-04206-EMC. On September 20, 2019, the Court dismissed that case and judgment was entered. *See* Docket Nos. 20, 21 in Case No. 3:19-cv-04206-EMC. On November 12, 2019, Mr. Moreno filed the instant lawsuit. *See* Docket No. 1.[1] On November 18, 2019, Mr. Moreno's two lawsuits were related, *see* Docket No. 8. On February 20, 2020, the Court dismissed Case No. 19-cv-07443-EMC because Mr. Moreno had failed to serve Defendants within 90 days after the complaint was filed. *See* Docket No. 31. The Court now **ORDERS** Mr. Moreno to show cause why Case No. 19-cv-07443-EMC should not be dismissed with prejudice for failure to prosecute. Mr. Moreno is

---

[1] Unless otherwise specified, the Docket Numbers in this order refer to the Docket Numbers in Case No. 19-cv-07443.

directed to file any response to this Order to Show Cause within one week of the filing of this order. If the Court dismisses Mr. Moreno's case with prejudice and enters judgment, the electronic filing portal for Mr. Moreno's two cases will be closed, and Mr. Moreno will be unable to file any additional motions in either of these two cases.

In Mr. Moreno's other case (Case No. 3:19-cv-04206-EMC), the Court dismissed the case on September 20, 2019. *See* Docket No. 20 in Case No. 3:19-cv-04206-EMC. Judgment was entered that same day. *See* Docket No. 21 in Case No. 3:19-cv-04206-EMC. Thereafter, Mr. Moreno filed numerous post-judgment motions. *See* Docket Nos. 23–25, 30, 31, 34–40, 49, 52, 55, 57, 58, 59, 60 in Case No. 3:19-cv-04206-EMC. All of those motions have been denied by the Court. *See* Docket Nos. 26, 42, 51, 61 in Case No. 3:19-cv-04206-EMC. In the Court's most recent order, it reminded Mr. Moreno that Case No. 3:19-cv-04206-EMC is closed and directed Mr. Moreno not to file any more motions in that case.

However, on February 25, 26, 28, and 29, Mr. Moreno filed five additional motions to compel. Those motions are **DENIED,** and Mr. Moreno is cautioned that if he continues to file motions in Case No. 3:19-cv-04206-EMC, the Court may impose sanctions.

This order disposes of Docket Nos. 62, 63, 64, 66, and 67 in Case No. 3:19-cv-04206-EMC.

**IT IS SO ORDERED**.

Dated: March 4, 2020

_____
EDWARD M. CHEN
United States District Judge